IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0724

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JAY LE CLEVELAND,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion for extension of time and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time until April 26, 2024, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 21 2024